Philip L. Blum
philip.blum@bingham.com
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
Telephone:  212.705.7000
Facsimile:  212.752.5378

Of Counsel
Robert Bertin
r.bertin@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
**Bingham McCutchen LLP**
2020 K Street, NW
Washington, DC  20006-1806
Telephone:  202.373.6000
Facsimile:   202.373.6001

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RCN CORPORATION<br><br>　　　　　Defendant. | Civ. No. 09-CV-4445 (LTS)<br><br>**Filed Electronically** |

### RCN'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant RCN Corporation ("RCN"), by and through its undersigned counsel, respectfully moves this Court, before the Honorable Laura Taylor Swain, United States District Judge, at the

United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing this action for failure to state a claim upon which relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Judge Swain's Individual Practice Rule 2(B), RCN has used its best efforts to resolve informally the matters raised in its motion, including exchanging letters with opposing counsel outlining its respective legal positions and participating in a telephonic discussion on July 13, 2009 concerning the matters raised in this motion.

Respectfully submitted,

Dated: New York, New York.   BINGHAM McCUTCHEN LLP
       July 15, 2009

By: s/ Philip L. Blum
    Philip L. Blum
    philip.blum@bingham.com
    399 Park Avenue
    New York, New York 10022
    Tel: (212) 705-7000

Of Counsel
Robert Bertin
r.bertin@bingham.com
Warren Anthony Fitch
tony.fitch@bingham.com
2020 K Street NW
Washington, DC 20006-1806
Tel: (202) 373-6000

*Attorneys for Defendant*
*RCN CORPORATION*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RATES TECHNOLOGY INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RCN CORPORATION<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 09-CV-4445 (LTS)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I, PHILIP L. BLUM, hereby certify under penalty of perjury that on July 15, 2009 I caused to be served **RCN's Notice of Motion to Dismiss Plaintiff's Complaint** and **Memorandum Of Law In Support Of Defendant RCN's Motion To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(b)(6)**, by operation of the Court's Electronic Filing system upon the following counsel:

Robert L. Epstein, Esq.
Epstein Drangel Bazerman & James LLP
60 East 42nd Street, Suite 820
New York, NY 10165

Dated:　New York, New York
　　　　July 15, 2009　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Philip L. Blum

3

A/73091178.2